UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.   4:10CV00288 JCH |
| MISSOURI AND VALLEY PARK RAILROAD CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

### DEFAULT JUDGMENT

This matter is before the clerk of court on Plaintiff's Second Amended Motion for Default Judgment as to Defendant Missouri & Valley Park Railroad Corporation [Doc. # 11 ] pursuant to F.R.Civ.P. 55(b).  The record reflects that the default of this Defendant was entered on March 30, 2010 [Doc. #8].  Plaintiff has filed its affidavit as proof of its claim for judgment in the amount of $171,405.15. [Doc. #11-1]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Second Amended Motion for Default Judgment [Doc. # 11 ] is **GRANTED**, and judgment is entered in the amount of $171,405.15 against Missouri & Valley Park Railroad Corporation .

*James G. Woodward*
JAMES G. WOODWARD
CLERK OF COURT

Dated this 27th day of April, 2010.